

3 Columbus Circle, 15th Fl.
New York, NY 10024
Tel: (212) 785-0070
Fax: (646) 514-5302
OMedenica@MedenicaLaw.com

April 26, 2017

**VIA ECF**

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Komanda LLC v. Kartina Canada Inc. et al (17-cv-2362(LTS))*
 Letter Motion on Consent Requesting Extension of Time to Answer

Dear Judge Swain:

We represent Defendant Kartina Canada, Inc. ("Kartina Canada") in the above referenced matter. On consent of Plaintiff, we are writing pursuant to your individual rules of practice to request an extension of time to answer the Complaint from April 27, 2017 to May 29, 2017. No prior requests for extensions of time have been made by Kartina Canada.

Attached to this correspondence is a Stipulation and Proposed Order reflecting the above request. Thank you for your consideration.

Respectfully submitted,

*/s/ Olivera Medenica*
Olivera Medenica

Enc.

Cc: David G. Liston, Esq. (by email)
 Lewis Baach Kaumann Middlemiss PLLC (Plaintiff's attorney)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOMANDA LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KARTINA CANADA INC., d/b/a<br>BESTRUSSIANTV.COM, and<br>JOHN DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | ECF Case<br><br>Case No.: 17-cv-2362 (LTS)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME TO<br>RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Kartina Canada Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including May 29, 2017.

　　　　No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Kartina Canada, Inc. expressly reserves, any and all defenses.

　　　　There has been no previous request for extension of time in connection with this matter.

Dated:   April 25, 2017

**LEWIS BAACH KAUMANN MIDDLEMISS PLLC**

By   */s/ David G. Liston*
    David G. Liston, Esq.
405 Lexington Avenue, 62nd Floor
New York, NY 10174
Tel: (212) 826-7001
Email: David.Liston@LBKMLAW.com

*Attorneys for Plaintiff*

Dated:  April 25, 2017

**MEDENICA LAW PLLC**

By */s/ Olivera Medenica*
    Olivera Medenica
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: (212) 785-0070
Fax: (646) 514-5302
Email: OMedenica@Medenicalaw.com

*Attorneys for Defendant Kartina Canada, Inc.*

SO ORDERED:

_____
Hon.  Laura Taylor Swain
United States District Judge