Robert L. Greener, Esq.
LAW OFFICE OF ROBERT L. GREENER
112 Madison Avenue, 6th Floor,
New York, NY 10118
(646)415-8920 Phone
(212) 689-9680
rlg@greenerlegal.com
Attorney for Nash Dom TV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOMAND LLC,

                Plaintiff

    v.

KARTINA CANADA INC.; ONLINE ETHNIC
TV SERVICES INC.; NASH DOM, INC.;
GENNADY BEYN; an individual;
and John Does 1-10

                Defendants.

Civil Action No.: 17 cv. 2362(LTS)(JLC)

---

## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon (i) the Declaration of Robert L. Greener dated October 27, 2017, with exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and all prior papers, pleadings, and proceedings in this action, Defendants Nash Dom, Inc. by and through its undersigned attorneys, will move on a date convenient to this Court, before the Honorable Laura Taylor Swain, in Courtroom 17C, at United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order:

    (i) pursuant to Fed. R Civ. P. 12(b)(1) dismissing the First Amended complaint for lack of

    Subject Matter jurisdiction over all Defendants,

(ii) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the First Amended Complaint for insufficient pleading and failure to state a claim as to Defendants Nash Dom Inc.

WHEREFORE, Nash Dom, respectfully requests that the Court Dismiss the complaint against Defendant Nash Dom Inc. together with any other relief that this Court deems just and proper.

Dated: October 27, 2017

Respectfully submitted,

\_\_\_\_S/ROBERT L. GREENER/S_____
Robert L. Greener (RG8089)
LAW OFFICE OF ROBERT L. GREENER P.C.
112 Madison Avenue, 6th Floor
New York, NY  10116
Phone:  646.415.8920
Fax:  212.689.9680
rlg@greenerlegal.com
*Counsel for Nash Dom, Inc.*