UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOMANDA LLC,<br>                   Plaintiff,<br>    v.<br>KARTINA CANADA INC.; ONLINE ETHNIC TV SERVICES, INC.; NASH DOM, INC; and JOHN DOES 1 through 10,<br>                   Defendants. | Case No.: 17-cv-2362 (KBF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Komanda LLC, by and through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed *without prejudice* against Defendants Kartina Canada Inc., Online Ethnic TV Services, Inc., Nash Dom, Inc., and John Does 1 through 10.

This notice of dismissal is being filed with the Court before service by any Defendant of either an answer or a motion for summary judgment.

Dated: March 20, 2018

                                          Respectfully submitted,

                                          LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

                                          By:   /s David G. Liston

                                          David G. Liston
                                          Ronald Abramson
                                          Anthony M. Capozzolo
                                          Alex G. Patchen
                                          Ari J. Jaffess
                                          The Chrysler Building
                                          405 Lexington Avenue, 62nd Floor
                                          New York, NY 10174
                                          Tel: (212) 826-7001

                                          *Attorneys for Plaintiff, Komanda LLC*

[Handwritten annotation: So ordered. KB[F] USDJ 3/22/18]